# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Janine Jelks-Seale,

        Plaintiff,

                                      Civ. No. 12-101 (RHK/AJB)
                                      **ORDER**

v.

General Mills, Inc.,

        Defendant.

---

The Court having previously determined that Defendant improperly removed this action to this Court and having issued an Order to Show Cause why this action should not be remanded (Doc. No. 5), and Defendant having now filed a Notice of Consent to Remand (Doc. No. 7), **IT IS ORDERED** that this action is **REMANDED** to the Hennepin County, Minnesota, District Court. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Hennepin County District Court.

Dated: January 26, 2012                                  s/Richard H. Kyle
                                                                           RICHARD H. KYLE
                                                                           United States District Judge